Civil (April 12, 2004)

TOTAL TIME: 1 hours 20 minutes

HONORABLE Chatigny
DEPUTY CLERK Sunbury  (RPTR/ERO/TAPE) Waiver

DATE 1/9/09   START TIME 10:00   END TIME 11:20
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 03CV1529RNC

Gonzalez
vs.
Murtha, et al

Diane Polan
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Eric P. Daigle
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

MOTION DOCUMENT NO.

☑ ....#102  Motion Summary Judgment  ☐ granted ☐ denied ☑ advisement
☐ ....#___  Motion _____  ☐ granted ☐ denied ☐ advisement
(additional blank motion lines)

☐ Brief(s) due ____  ☐ Proposed Findings due ____  Response due ____

☐ filed ☐ docketed (repeated)

____ Hearing continued until ____ at ____