Civil (April 12, 2004)

HONORABLE _Chatigny_

DEPUTY CLERK _Walker_   (RPTR/ERO/TAPE) _Waiver_

TOTAL TIME: ___ hours **15** minutes

DATE _3/6/09_       START TIME _2:30pm_   END TIME _2:45pm_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

---

Elvin Gonzalez        CIVIL NO. _3:03cv1529_

§
§                                                    _Diane Polan_
                                                      Plaintiffs Counsel
vs.                §
                 ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                                        _Melley, Daigle_
Robert Murtha, et al                      §
                                                      Defendants Counsel

---

## COURTROOM MINUTES - CIVIL (check one box)

☒ **Telephone** Motion Hearing          ☐ Show Cause Hearing

☐ Evidentiary Hearing                    ☐ Judgment Debtor Exam

☐ Miscellaneous Hearing

**MOTION**
**DOCUMENT NO.**

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☒ | #102 | Motion | for S.J. by City of Hartford | ☐ | ☒ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

| | filed | docketed |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

☒ Parties to report back re: settlement by 3/13/09   ☐ filed ☐ docketed

☐ _____ Hearing continued until _____ at _____